**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio VAZQUEZ–GUTIERREZ,
Defendant–Appellant.**

**No. 06–30198
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 2, 2007.

James Thomas McManus, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Andrew Michael Casanave, Lake Charles, LA, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Antonio Vazquez–Gutierrez appeals from his bench-verdict conviction for conspiracy to possess with intent to distribute marijuana. He argues that the evidence produced at trial was insufficient to prove

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

his knowing participation in the conspiracy. Vazquez–Gutierrez specifically refutes several of the bases the district court relied upon when issuing the guilty verdict.

After viewing the evidence in the light most favorable to the Government and deferring to all reasonable inferences drawn by the trial court, the district court's finding of guilt is supported by substantial evidence. *See United States v. Turner,* 319 F.3d 716, 720–21 (5th Cir.2003). Accordingly, the district court's judgment is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.